# MINUTE ORDER

Page 7

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 7/1/2022     Time: 2:00 p.m.

Defendant: 1) Emilio Sanchez Cifuentes     J#: 41818-018     Case #: 22-MJ-3130-OTAZO-REYES

AUSA: Kayla Albite     Attorney: AFPD Elizabeth Blair

Violation: INDICT/MDFL/PWID 5 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE AND (100) KILOGRAMS OF MARIJUANA

Surr/Arrest Date: 6/28/2022     YOB: 1963

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: 250k CSB nebbia

Bond Set at: Temporary 250k CSB nebbia     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs     Language: Spanish

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition:
- Zoom Consent
- Brady Order
- Rights
- Charges
- Sworn
- Indigent
- AFPD appt

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:     7/8  10:00 a.m.  Duty  Miami
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. Zoom AOR 7/1/22 3:25pm+3:58pm     Time in Court: 6 min

s/Alicia M. Otazo-Reyes     Magistrate Judge

15